EXHIBIT A



**Electro USA, LLC**
4445 NW 97th Ave
Doral, FL 33178
Phone: 3053929545
Fax: 3053929547

# PURCHASE ORDER

| | |
|---|---|
| Purchase Order No. | 037214 |
| Revision No. | 8 |
| Date | 3/23/2017 |
| Order Type | Regular Order |
| Vendor ID | 4GFLLC |

## REPRINT - CLOSED

| TO: | SHIP TO: |
|---|---|
| 4G Fulfillment LLC.<br>Alan Mongelluzzo<br>125 Hidden Oak Drive<br>Mars, PA 16046<br>(412) 610-4126 | Electro USA DORAL<br>4445 NW 97th Ave<br>Doral   FL<br>33178   US<br><br>**All deliveries must be scheduled with Rebecca Courrau:**<br>rebecca@electroint.com<br>305-392-9545 x315 |

Confirm to:                                                                 PAGE 1

| F.O.B. POINT | FREIGHT TERMS | BUYER |
|---|---|---|
| VENDOR | Vendor Arranged | Sandra Truyenque |

| ORDER DATE | CANCEL DATE | TERMS |
|---|---|---|
| 3/23/2017 | | Wire Transfer in Advance |

| LINE | PART NUMBER | QUANTITY | UNITS | DATE REQUIRED | PRICE | EXT. PRICE | Currency |
|---|---|---|---|---|---|---|---|
| 1 | KITCH KSM1APC | 988 | EA | | 39.095 | 38,625.86 | USD |
| | KITCHEN AID SPIRALIZER ATTACHMENT WITH PEEL CORE AND SLICE | | | | | | |

**PO Notes:**

APPROVED

**Terms and Conditions**
* All shipments require delivery appointment (see contact info at top)
* Our PO number must appear on all invoices, packing lists, shipping labels & bills of lading for consigned purchases
* All deliveries to our facilities must chock their tires while at the loading docks

* Purchaser may cancel all or any of this order that is unshipped for any reason with no penalty
* Any overshipment or mis-shipped order may be shipped back to the vendor at vendor's expense

| TOTAL | 38,625.86 | USD |
|---|---|---|



**4G Fulfillment LLC**

412.610.4126
alanm4G@gmail.com
81-2800428

| | |
|---|---|
| Invoice #: | AM32417-INV1 |
| Order Date: | 3/24/2017 |
| Payment Terms: | Wire due on receipt |
| T&C Agrmt: | 3/24/2017 |
| Shipment Date: | Upon wire receipt |
| Shipment Method: | 4G TRANSPORTATION |

**BILL TO:** ELECTRO USA DORAL

4445 N.W. 97TH AVE
DORAL FL 33178
KELLY   714-915-9475
McGOVERN

**SHIP TO:** SAME

| LOAD REF | QTY | DESCRIPTION | UNITS | COGS | OFFER/RATE | AMOUNT |
|---|---|---|---|---|---|---|
| KAID | 1 | KAID KSM1APC SP ATTCH | 988/6P | | 38625 | 38,625.00 |

**PURCHASE ORDER NO. 037214**

| | | |
|---|---|---|
| Sub Total | $ | 38,625.00 |
| Sales Tax | $ | - |
| Freight | $ | - |
| Total Due | $ | 38,625.00 |

WIRE TRANSFERS DUE IN US DOLLARS ONLY, REFERENCE INVOICE # ON YOUR WIRE TRANSFER:

**Send Wires To:**
PNC Bank
200 Roxsan Drive
Mars, PA 16046
724.778.8080
Company: 4G Fulfillment LLC
Routing #: REDACTED - Personal Identifier
Swift Code/ID: REDACTED - Personal Identifier
Account #: REDACTED - Personal Identifier

**NOTES:**
6 PALLETS / 8880 LBS
DELIVERED ORDER

*ALL SALES ARE FINAL. PRODUCTS SOLD AS-IS. NO RETURNS/NO CREDITS.*