AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| WHIRLPOOL PROPERTIES, INC. and WHIRLPOOL CORPORATION | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | 17-cv-22735-MGC |
| 4G FULFILLMENT LLC and ALAN MONGELLUZZO | ) ) ) |
| *Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* 4G FULFILLMENT LLC
125 Hidden Oak Drive
Mars, Pennsylvania 16046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> David P. Ackerman (dackerman@alslaw.com)
> E. Raul Novoa, Jr. (rnovoa@alslaw.com)
> Ackerman, Link & Sartory, P.A.
> 777 South Flagler Drive, Suite 800E
> West Palm Beach, FL 33041

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 24, 2017



**SUMMONS**

*s/ Juan Ulacia*

Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

WHIRLPOOL PROPERTIES, INC. and
WHIRLPOOL CORPORATION

*Plaintiff(s)*

v.                                                          17-cv-22735-MGC

4G FULFILLMENT LLC and
ALAN MONGELLUZZO

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ALAN MONGELLUZZO
2217 Hyland Road
Harrison City, Pennsylvania 15642

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David P. Ackerman (dackerman@alslaw.com)
E. Raul Novoa, Jr. (rnovoa@alslaw.com)
Ackerman, Link & Sartory, P.A.
777 South Flagler Drive, Suite 800E
West Palm Beach, FL 33041

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Jul 24, 2017

Steven M. Larimore
Clerk of Court

*s/ Juan Ulacia*

Deputy Clerk
U.S. District Courts